Case 2—Indictmfnt for Burglary.—Sept. 20.

# Commonwealth v. Hurd.

APPEAL FROM JEFFERSON CIRCUIT COURT, CRIMINAL DIVISION.

INDICTMENT DISMISSED AND COMMONWEALTH APPEALS.

BURGLARY—DEGREES OF OFFENSE.

Held:    Under an indictment for burglary there may be a conviction
of the offense of housebreaking, that being a degree of the offense
charged.

R. J. BRECKINRIDGE, ATTORNEY GENERAL,    FRANK PARSONS,
COMMONWEALTH'S ATTORNEY, AND WALTER DARBY, ATTORNEYS
FOR APPELLANT.

1. The court has no right to sustain a motion for a peremptory in-
struction to acquit where there is some evidence tending to sus-
tain the indictment.
2. The offense of housebreaking is included in an indictment for
burglary.

OPINION OF THE COURT CERTIFIED BY JUDGE GUFFY.

The appellee, Hurd, was indicted in the Jefferson Cir-
cuit Court for the crime of burglary; and at the conclusion
of the testimony for the Commonwealth the defendant
moved the court to instruct the jury peremptorily to find

him not guilty, upon the grounds that the plaintiff had not proved that the breaking of the house had occurred in the night time. The plaintiff objected, and also moved the court to instruct the jury as to the crime of burglary, charged in the indictment, and for the crime of housebreaking included in the indictment. The court overruled plaintiff's motion, but sustained the motion of the defendant, and instructed the jury to find the defendant not guilty; and from that judgment and the rulings of the court below, the Commonwealth prosecutes this appeal.

It seems to us that the evidence introduced entitled the Commonwealth to a submission of the cause to the jury, as to the offense named in the indictment. We are also of opinion that the evidence clearly authorized a submission as to the offense of housebreaking, which is a degree of the offense of burglary. See section 262-263, Criminal Code Practice. Presuming that the jury returned a verdict of not guilty, and that defendant has been discharged, we do not undertake to reverse the judgment of the court below; but this opinion is ordered to be certified to the circuit court, as prescribed by law.